## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Catherine M. Buonfiglio                              Chapter: 13

                                                    Bankruptcy No.: 18-17392-mdc

                                 Debtor              11 U.S.C. § 362

Lakeview Loan Servicing, LLC

                                     Movant

                                  vs.

Catherine M. Buonfiglio

                                     Debtor

                                  and

KENNETH E. WEST

                                     Trustee

### RESPONDENTS

### ORDER APPROVING STIPULATION/CONSENT ORDER

And Now, this  \_\_\_\_**22nd**\_\_\_\_  day of  \_\_\_\_\_**June**\_\_\_\_  2022, upon consideration of the Stipulation between Catherine M. Buonfiglio and Lakeview Loan Servicing, LLC it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of Court.

                                                       */s/ Magdeline D. Coleman*
                                                       _____
                                                       MAGDELINE D. COLEMAN
                                                       Chief U.S. Bankruptcy Judge

CC:

KENNETH E. WEST
Chapter 13 Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Michael A. Latzes