# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Catherine M. Buonfiglio            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 18-17392 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                            Respectfully submitted,

                            /s/ *Rebecca Solarz*
                            Rebecca Solarz
                            21 Jul 2022, 15:05:21, EDT

                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322