### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Catherine M. Buonfiglio

      Debtor(s)

Case No: 18−17392−mdc

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Lakeview Loan Servicing, LLC Filed by Catherine M. Buonfiglio.

Telephonic Hearing

on: 2/14/23

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/23/23

Timothy B. McGrath
Clerk of Court