United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-17392-mdc
Catherine M. Buonfiglio  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 23, 2023 | Form ID: 167 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Catherine M. Buonfiglio, 2522 S. Rosewood Street, Philadelphia, PA 19145-4631 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2023 00:32:47 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2023          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHANDRA M. ARKEMA | on behalf of Creditor Lakeview Loan Servicing  LLC carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| JEROME B. BLANK | on behalf of Creditor Lakeview Loan Servicing  LLC jblank@pincuslaw.com |
| KENNETH E. WEST | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 23, 2023 | Form ID: 167 | Total Noticed: 2

                     ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
          on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL A. LATZES
          on behalf of Debtor Catherine M. Buonfiglio efiling@mlatzes-law.com

MICHAEL JOHN CLARK
          on behalf of Creditor Lakeview Loan Servicing  LLC mclark@squirelaw.com

MICHAEL PATRICK FARRINGTON
          on behalf of Creditor Lakeview Loan Servicing  LLC mfarrington@kmllawgroup.com

THOMAS SONG
          on behalf of Creditor Lakeview Loan Servicing  LLC tomysong0@gmail.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Catherine M. Buonfiglio
    Debtor(s)

Case No: 18−17392−mdc

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Lakeview Loan Servicing, LLC Filed by Catherine M. Buonfiglio.

Telephonic Hearing

on: 2/14/23

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/23/23

Timothy B. McGrath
Clerk of Court

77 − 76
Form 167