**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:  Catherine M. Buonfiglio | Chapter: 13 |
| | Bankruptcy No.: 18-17392-mdc |
| Debtor | 11 U.S.C. § 362 |

Lakeview Loan Servicing, LLC

                                Movant

                          vs.

Catherine M. Buonfiglio

                                Debtor

                         and

KENNETH E. WEST

                              RESPONDENTS

**PRAECIPE TO WITHDRAW CERTIFICATION OF DEFAULT**

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF PENNSYLVANIA**

    Kindly withdraw the Certification of Default filed by Lakeview Loan Servicing, LLC, doc 75, in the above captioned matter.

                                          Respectfully submitted,

                                          /s/ Michael Clark
                                          Richard M. Squire, Esq.
                                          M. Troy Freedman, Esq.
                                          Michael J. Clark, Esq.
                                          One Jenkintown Station, Suite 104
                                          115 West Avenue
                                          Jenkintown, PA 19046
                                          215-886-8790
                                          215-886-8791 (FAX)
                                          rsquire@squirelaw.com
                                          tfreedman@squirelaw.com
                                          mclark@squirelaw.com
                                          Attorney for Movant

Dated: March 8, 2023

01702-8/VC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:   Catherine M. Buonfiglio | Chapter: 13 |
| | Bankruptcy No.: 18-17392-mdc |
| Debtor | 11 U.S.C. § 362 |

Lakeview Loan Servicing, LLC

Movant

vs.

Catherine M. Buonfiglio

Debtor

and

KENNETH E. WEST

Trustee
RESPONDENTS

## CERTIFICATE OF SERVICE

I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Praecipe to Withdraw the Certification of Default filed by the Lakeview Loan Servicing, LLC electronically and/or via First Class Mail, postage prepaid.

Date Served:    03/08/2023

KENNETH E. WEST
Chapter 13 Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

Catherine M. Buonfiglio
2522 S ROSEWOOD ST
PHILADELPHIA, PA 19145

01702-8/VC

Michael A. Latzes
1528 Walnut Street
Suite 700
Philadelphia, PA 19102

    I hereby certify the foregoing to be true and correct under penalty of perjury.

    Respectfully submitted,

    /s/ Michael Clark
Richard M. Squire, Esq.
M. Troy Freedman, Esq.
Michael J. Clark, Esq.
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
tfreedman@squirelaw.com
mclark@squirelaw.com
Attorney for Movant

01702-8/VC