B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Catherine M. Buonfiglio** _____    Case No. _____
                                    Debtor(s)       Chapter  **13** _____

## SUPPLEMENTAL DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 300.00 |
| Prior to the filing of this statement I have received | $ | 300.00 |
| Balance Due | $ | -0- |

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render post confirmation legal services, including: preparing and filing an Objection to Certification of Default, negotiate a settlement with opposing attorney, numerous e-mails and phone conversations with client and opposing attorney,  (including getting opposing attorney to withdraw their Certification of Default)

    a

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    Any additional post-confirmation legal services.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 10, 2023** _____          **/s/ Michael A. Latzes**
*Date*                                       **Michael A. Latzes 34017**
                                             *Signature of Attorney*
                                             **Law Offices of Michael A. Latzes, P.C.**
                                             **1528 Walnut Street**
                                             **Suite 700**
                                             **Philadelphia, PA 19102**
                                             **215-545-0200  Fax: 215-545-0668**
                                             **ecassidy@mlatzes-law.com**
                                             *Name of law firm*

---