United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 18-17392-mdc
Catherine M. Buonfiglio Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin        Page 1 of 2
Date Rcvd: Nov 22, 2023        Form ID: 234        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Catherine M. Buonfiglio, 2522 S. Rosewood Street, Philadelphia, PA 19145-4631 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2023        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHANDRA M. ARKEMA | on behalf of Creditor Lakeview Loan Servicing LLC carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| JEROME B. BLANK | on behalf of Creditor Lakeview Loan Servicing LLC jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Lakeview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 22, 2023 | Form ID: 234 | Total Noticed: 1 |

MICHAEL A. LATZES
        on behalf of Debtor Catherine M. Buonfiglio efiling@mlatzes-law.com

MICHAEL JOHN CLARK
        on behalf of Creditor Lakeview Loan Servicing  LLC mclark@squirelaw.com

MICHAEL PATRICK FARRINGTON
        on behalf of Creditor Lakeview Loan Servicing  LLC mfarrington@kmllawgroup.com

THOMAS SONG
        on behalf of Creditor Lakeview Loan Servicing  LLC tomysong0@gmail.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Catherine M. Buonfiglio

      Debtor(s)

Case No:18−17392−mdc

Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Timothy McGrath,
Clerk of Court

Date: 11/22/23