United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-17392-mdc |
| Catherine M. Buonfiglio | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 08, 2024 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Catherine M. Buonfiglio, 2522 S. Rosewood Street, Philadelphia, PA 19145-4631 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 09 2024 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2024 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 10, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHANDRA M. ARKEMA | on behalf of Creditor Lakeview Loan Servicing  LLC carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 08, 2024 | Form ID: 138FIN | Total Noticed: 3 |

JEROME B. BLANK
    on behalf of Creditor Lakeview Loan Servicing  LLC jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LESLIE J. RASE
    on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com, lerase@logs.com

MARIO J. HANYON
    on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARK A. CRONIN
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

MICHAEL A. LATZES
    on behalf of Debtor Catherine M. Buonfiglio efiling@mlatzes-law.com

MICHAEL JOHN CLARK
    on behalf of Creditor Lakeview Loan Servicing  LLC mclark@squirelaw.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Lakeview Loan Servicing  LLC mfarrington@kmllawgroup.com

THOMAS SONG
    on behalf of Creditor Lakeview Loan Servicing  LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Catherine M. Buonfiglio
    Debtor(s)

Case No: 18−17392−mdc
Chapter: 13

---

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/8/24

92 − 91
Form 138FIN