Certificate Number: 15317-PAE-DE-038327894

Bankruptcy Case Number: 18-17392



15317-PAE-DE-038327894

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 28, 2024</u>, at <u>8:11</u> o'clock <u>PM PDT</u>, <u>Catherine Buonfiglio</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>March 28, 2024</u>            By:    <u>/s/Anro Buscas</u>

                                    Name: <u>Anro Buscas</u>

                                    Title:  <u>Certified Credit Counselor</u>