*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Catherine M. Buonfiglio
　　　　Debtor(s)　　　　　　　　　　　　　　　　　　Case No: 18−17392−mdc
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

　　To all creditors and parties in interest, NOTICE IS GIVEN THAT:

　　The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

　　Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

　　All objections must be filed with the Clerk at the following address:

　　　　　　　　　　　　　　900 Market Street
　　　　　　　　　　　　　　　Suite 400
　　　　　　　　　　　　　　Philadelphia, PA 19107

　　In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/29/24