United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Catherine M. Buonfiglio  
    Debtor

Case No. 18-17392-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 29, 2024      Form ID: 138OBJ      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Catherine M. Buonfiglio, 2522 S. Rosewood Street, Philadelphia, PA 19145-4631 |
| 14226546 | | Credit One Bank Credit Card, P.O. BOX 98873, Attn: Bankruptcy Dept., Las Vegas, NV 89193-8873 |
| 14226549 | + | Kenya Bates, Esquire, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14658204 | + | Lakeview Loan Servicing, c/o M. Troy Freedman Esq, One Jenkintown Station Ste 104, 115 West Avenue, Jenkintown, Pa 19046-2031 |
| 14234580 | | Thomas Song, Esq., Id. No.89834, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 30 2024 00:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 30 2024 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14226544 | ^ | MEBN | Mar 30 2024 00:08:43 | Barclay Card, c/o Alpha Recovery Corp., 6912 S. Quentin St., Unit 10, Attn: Bankruptcy Dept., Englewood, CO 80112-4531 |
| 14308980 | | Email/Text: megan.harper@phila.gov | Mar 30 2024 00:19:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14226545 | + | Email/Text: bknotice@ercbpo.com | Mar 30 2024 00:19:00 | Comcast Cable Communications, LLC, c/o ERC, P.O. BOX 57610, Attn: Bankruptcy Dept., Jacksonville, FL 32241-7610 |
| 14226547 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 30 2024 00:18:04 | First Premier Bank, 601 Minnesota Ave., Attn: Bankruptcy Dept., Sioux Falls, SD 57104-4868 |
| 14226548 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 30 2024 00:19:00 | Fortiva/Atlanticus, P.O. BOX 105555, Attn: Bankruptcy Dept., Atlanta, GA 30348-5555 |
| 14259524 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Mar 30 2024 00:19:00 | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, SUITE 3-142, TROY MI 48098-2639 |
| 14235855 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2024 00:18:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14737907 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 30 2024 00:19:00 | Lakeview Loan Servicing, LLC, C/O Nationstar Mortgage LLC, PO BOX 619096, Dallas, TX 75261-9096 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14707183 | ^ | MEBN | Mar 30 2024 00:08:53 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14226550 | | Email/Text: SERVICINGMAILHUB@flagstar.com | Mar 30 2024 00:19:00 | Lakeview Loan Servicing, LLC, 5151 Corporate Drive, Attn: Bankruptcy Dept., Troy, MI 48098-2639 |
| 14638420 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2024 00:18:04 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14259352 | + | Email/Text: bncmail@w-legal.com | Mar 30 2024 00:19:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14226551 | + | Email/Text: bncmail@w-legal.com | Mar 30 2024 00:19:00 | Target, P.O. BOX 673, Attn: Bankruptcy Dept., Minneapolis, MN 55440-0673 |
| 14248720 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 30 2024 00:19:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14314294 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 30 2024 00:17:40 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14226552 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 30 2024 00:19:00 | Verizon, 500 Technology Drive, Suite 550, Attn: Bankruptcy Dept., Weldon Springs, MO 63304-2225 |
| 14226554 | | Email/Text: megan.harper@phila.gov | Mar 30 2024 00:19:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Attn: Bankruptcy Dept., Philadelphia, PA 19102-1663 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14396015 | *+ | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, SUITE 3-142, TROY MI 48098-2639 |
| 14226553 | ## | Verizon Wireless, c/o Diversified Consultants, Inc., P.O. BOX 1391, Attn: Bankruptcy Dept., Southgate, MI 48195-0391 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2024          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHANDRA M. ARKEMA | on behalf of Creditor Lakeview Loan Servicing  LLC carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 29, 2024 | Form ID: 138OBJ | Total Noticed: 24 |

**CHRISTOPHER A. DENARDO**
    on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com

**DENISE ELIZABETH CARLON**
    on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

**JEROME B. BLANK**
    on behalf of Creditor Lakeview Loan Servicing LLC jblank@pincuslaw.com, mmorris@pincuslaw.com

**KENNETH E. WEST**
    ecfemails@ph13trustee.com philaecf@gmail.com

**KENNETH E. WEST**
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

**LESLIE J. RASE**
    on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com, lerase@logs.com

**MARIO J. HANYON**
    on behalf of Creditor Lakeview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MICHAEL A. LATZES**
    on behalf of Debtor Catherine M. Buonfiglio efiling@mlatzes-law.com

**MICHAEL JOHN CLARK**
    on behalf of Creditor Lakeview Loan Servicing LLC mclark@squirelaw.com

**MICHAEL PATRICK FARRINGTON**
    on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com

**THOMAS SONG**
    on behalf of Creditor Lakeview Loan Servicing LLC tomysong0@gmail.com

**United States Trustee**
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Catherine M. Buonfiglio

    Debtor(s)

Case No: 18−17392−mdc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/29/24

96 − 85
Form 138OBJ