**Fill in this information to identify the case:**

Debtor 1: Catherine M. Buonfiglio

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of PA
                                                                    (State)

Case number: _18-17392-mdc_

Official Form 4100R

# Response to Final Cure Payment                                                                 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor response to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of Creditor:** Lakeview Loan Servicing, LLC

**Court Claim no. (**if known)
**4**

**Last 4 digits of any number you use to identify the debtor's account:** XXXXXX7312

**Property address:** 2522 S Rosewood St
                                Number         Street

Philadelphia, PA 19145
City                    State    Zip Code

### Part 2: Prepetition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:

### Part 3: Postpetition Mortgage Payment

*Check One:*

☐ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor is on: _____
                                                                                            MM/ DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

a. Total postpetition ongoing payments due:                                            (a) $11,189.94
b. Total fees, charges, expenses, escrow, and costs outstanding:         (b) $350.00
c. **Total**. Add lines a and b.                                                                       (c) $11,539.94

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payments that first became due on:    11/1/2022
                                                                                            MM / DD / YYYY

## Motion For Relief Information
### Post-Petition Ledger

| Filed By: | ierine M. Buon<br>0 | Payment Changes | | |
|---|---|---|---|---|
| Case Number: | 18-17392 | From Date | To Date | Total Amount |
| Filing Date: | 11/07/18 | 12/1/2018 | 1/1/2020 | $896.95 |
| | | 2/1/2020 | 1/1/2021 | $909.81 |
| ayments in POC | $8,682.40 | 2/1/2021 | 1/1/2022 | $908.51 |
| st Post Due Dat | 12/01/18 | 2/1/2022 | 1/1/2023 | $908.26 |
| | | 2/1/2023 | | $769.56 |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Applied (P&I and | Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | $ - | $ - |
| | | | | $ - | | | | $ - | $ - |
| | | | | $ - | | | | $ - | $ - |
| | | | | $ - | | | | $ - | $ - |
| 12/26/18 | $911.04 | 12/01/18 | $ 896.95 | $ 14.09 | | | | $ 911.04 | $ 911.04 |
| 02/01/19 | $911.04 | 01/01/19 | $ 896.95 | $ 28.18 | | | | $ 911.04 | $ 1,822.08 |
| 02/05/19 | | | | $ 28.18 | $542.65 | $368.39 | | $ (911.04) | $ 911.04 |
| 03/08/19 | $1,822.08 | 02/01/19 | $ 896.95 | $ 953.31 | | | | $ 1,822.08 | $ 2,733.12 |
| 03/12/19 | | 03/01/19 | $ 896.95 | $ 56.36 | $542.65 | $368.39 | | $ (911.04) | $ 1,822.08 |
| 03/14/19 | | | | $ 56.36 | $542.65 | $368.39 | | $ (911.04) | $ 911.04 |
| 04/25/19 | $912.00 | 04/01/19 | $ 896.95 | $ 71.41 | | | | $ 912.00 | $ 1,823.04 |
| 04/29/19 | | | | $ 71.41 | $542.65 | $368.39 | | $ (911.04) | $ 912.00 |
| 06/10/19 | $1,803.38 | 05/01/19 | $ 896.95 | $ 977.84 | | | | $ 1,803.38 | $ 2,715.38 |
| 06/12/19 | | 06/01/19 | $ 896.95 | $ 80.89 | $542.65 | $359.04 | | $ (901.69) | $ 1,813.69 |
| 06/12/19 | | | | $ 80.89 | $542.65 | $359.04 | | $ (901.69) | $ 912.00 |
| 08/05/19 | $920.00 | 07/01/19 | $ 896.95 | $ 103.94 | | | | $ 920.00 | $ 1,832.00 |
| 08/07/19 | | | | $ 103.94 | $542.65 | $359.04 | | $ (901.69) | $ 930.31 |
| 09/05/19 | $920.00 | 08/01/19 | $ 896.95 | $ 126.99 | | | | $ 920.00 | $ 1,850.31 |
| 09/09/19 | | | | $ 126.99 | $542.65 | $359.04 | | $ (901.69) | $ 948.62 |
| 09/27/19 | $920.00 | 09/01/19 | $ 896.95 | $ 150.04 | | | | $ 920.00 | $ 1,868.62 |
| 10/01/19 | | | | $ 150.04 | $542.65 | $359.04 | | $ (901.69) | $ 966.93 |
| 11/04/19 | $920.00 | 10/01/19 | $ 896.95 | $ 173.09 | | | | $ 920.00 | $ 1,886.93 |
| 11/06/19 | | | | $ 173.09 | $542.65 | $359.04 | | $ (901.69) | $ 985.24 |
| 11/27/19 | | | | $ 173.09 | | | | $ - | $ 985.24 |
| 12/09/19 | $920.00 | 11/01/19 | $ 896.95 | $ 196.14 | | | | $ 920.00 | $ 1,905.24 |
| 12/11/19 | | | | $ 196.14 | $542.65 | $359.04 | | $ (901.69) | $ 1,003.55 |
| 01/13/20 | $1,840.00 | 12/01/19 | $ 896.95 | $ 1,139.19 | | | | $ 1,840.00 | $ 2,843.55 |
| 01/16/20 | | 01/01/20 | $ 896.95 | $ 242.24 | $542.65 | $359.04 | | $ (901.69) | $ 1,941.86 |
| 01/17/20 | | | | $ 242.24 | $542.65 | $359.04 | | $ (901.69) | $ 1,040.17 |
| 01/28/20 | | | | $ 242.24 | | | | $ - | $ 1,040.17 |
| 02/10/20 | $920.00 | 02/01/20 | $ 909.81 | $ 252.43 | | | | $ 920.00 | $ 1,960.17 |
| 02/11/20 | | | | $ 252.43 | $542.65 | $359.04 | | $ (901.69) | $ 1,058.48 |
| 03/04/20 | | | | $ 252.43 | | | | $ - | $ 1,058.48 |
| 04/01/20 | $909.81 | 03/01/20 | $ 909.81 | $ 252.43 | | | | $ 909.81 | $ 1,968.29 |
| 04/02/20 | | | | $ 252.43 | $542.65 | $354.30 | | $ (896.95) | $ 1,071.34 |
| 06/02/20 | | | | $ 252.43 | | | | $ - | $ 1,071.34 |
| 06/17/20 | $909.81 | 04/01/20 | $ 909.81 | $ 252.43 | | | | $ 909.81 | $ 1,981.15 |
| 06/18/20 | | | | $ 252.43 | $542.65 | $354.30 | | $ (896.95) | $ 1,084.20 |
| 07/02/20 | | | | $ 252.43 | | | | $ - | $ 1,084.20 |
| 08/07/20 | $1,840.00 | 05/01/20 | $ 909.81 | $ 1,182.62 | | | | $ 1,840.00 | $ 2,924.20 |
| 08/10/20 | | 06/01/20 | $ 909.81 | $ 272.81 | $542.65 | $354.30 | | $ (896.95) | $ 2,027.25 |
| 08/10/20 | | | | $ 272.81 | $542.65 | $354.30 | | $ (896.95) | $ 1,130.30 |
| 08/24/20 | | | | $ 272.81 | | | | $ - | $ 1,130.30 |
| 11/09/20 | $2,036.26 | 07/01/20 | $ 909.81 | $ 1,399.26 | | | | $ 2,036.26 | $ 3,166.56 |
| 11/13/20 | | 08/01/20 | $ 909.81 | $ 489.45 | $542.65 | $354.30 | | $ (896.95) | $ 2,269.61 |
| 11/16/20 | | | | $ 489.45 | $542.65 | $354.30 | | $ (896.95) | $ 1,372.66 |
| 12/01/20 | | | | $ 489.45 | | | | $ - | $ 1,372.66 |
| 12/22/20 | | | | $ 489.45 | | | | $ - | $ 1,372.66 |
| 02/08/21 | $1,864.58 | 09/01/20 | $ 909.81 | $ 1,444.22 | | | | $ 1,864.58 | $ 3,237.24 |
| 02/09/21 | | 10/01/20 | $ 909.81 | $ 534.41 | $542.65 | $354.30 | | $ (896.95) | $ 2,340.29 |
| 02/10/21 | | | | $ 534.41 | $542.65 | $354.30 | | $ (896.95) | $ 1,443.34 |
| 02/26/21 | | | | $ 534.41 | | | | $ - | $ 1,443.34 |
| 03/29/21 | $909.81 | 11/01/20 | $ 909.81 | $ 534.41 | $542.65 | $367.16 | | $ (0.00) | $ 1,443.34 |
| 04/01/21 | | | | $ 534.41 | $542.65 | $317.46 | | $ (860.11) | $ 583.23 |
| 04/23/21 | | | | $ 534.41 | $542.65 | $317.46 | | $ (860.11) | $ (276.88) |
| 05/27/21 | | | | $ 534.41 | | | | $ - | $ (276.88) |
| 07/22/21 | | | | $ 534.41 | | | | $ - | $ (276.88) |
| 09/24/21 | | | | $ 534.41 | | | | $ - | $ (276.88) |

| Date 1 | Amount 1 | Date 2 | Amount 2 | Amount 3 | Amount 4 | Amount 5 | Amount 6 | Amount 7 | Amount 8 |
|---|---|---|---|---|---|---|---|---|---|
| 11/18/21 | | | | $ 534.41 | | | | $ - | $ (276.88) |
| 11/30/21 | $4,305.00 | 12/01/20 | $ 909.81 | $ 3,929.60 | | | | $ 4,305.00 | $ 4,028.12 |
| 12/01/21 | | 01/01/21 | $ 909.81 | $ 3,019.79 | $542.65 | $317.46 | | $ (860.11) | $ 3,168.01 |
| 12/01/21 | | 02/01/21 | $ 908.51 | $ 2,111.28 | $542.65 | $317.46 | | $ (860.11) | $ 2,307.90 |
| 12/01/21 | | 03/01/21 | $ 908.51 | $ 1,202.77 | $542.65 | $317.46 | | $ (860.11) | $ 1,447.79 |
| 12/01/21 | | 04/01/21 | $ 908.51 | $ 294.26 | $542.65 | $317.46 | | $ (860.11) | $ 587.68 |
| 12/02/21 | | | | $ 294.26 | $542.65 | $365.86 | | $ (908.51) | $ (320.83) |
| 02/17/22 | | | | $ 294.26 | | | | $ - | $ (320.83) |
| 04/27/22 | | | | $ 294.26 | | | | $ - | $ (320.83) |
| 06/24/22 | | | | $ 294.26 | | | | $ - | $ (320.83) |
| 06/30/22 | $6,000.00 | 05/01/21 | $ 908.51 | $ 5,385.75 | | | | $ 6,000.00 | $ 5,679.17 |
| 09/28/22 | | 06/01/21 | $ 908.51 | $ 4,477.24 | $542.65 | $365.86 | | $ (908.51) | $ 4,770.66 |
| 02/28/23 | $2,730.00 | 07/01/21 | $ 908.51 | $ 6,298.73 | | | | $ 2,730.00 | $ 7,500.66 |
| 02/28/23 | $170.00 | 08/01/21 | $ 908.51 | $ 5,560.22 | | | | $ 170.00 | $ 7,670.66 |
| 03/01/23 | | 09/01/21 | $ 908.51 | $ 4,651.71 | $542.65 | $365.86 | | $ (908.51) | $ 6,762.15 |
| 03/01/23 | | 10/01/21 | $ 908.51 | $ 3,743.20 | $542.65 | $365.86 | | $ (908.51) | $ 5,853.64 |
| 03/01/23 | | 11/01/21 | $ 908.51 | $ 2,834.69 | $542.65 | $365.86 | | $ (908.51) | $ 4,945.13 |
| 03/15/23 | $1,008.51 | 12/01/21 | $ 908.51 | $ 2,934.69 | | | | $ 1,008.51 | $ 5,953.64 |
| 03/16/23 | | 01/01/22 | $ 908.51 | $ 2,026.18 | $542.65 | $365.86 | | $ (908.51) | $ 5,045.13 |
| 05/17/23 | | 02/01/22 | $ 908.26 | $ 1,117.92 | $542.65 | $365.86 | | $ (908.51) | $ 4,136.62 |
| 05/17/23 | | 03/01/22 | $ 908.26 | $ - | $542.65 | $365.86 | | $ (908.51) | $ 3,228.11 |
| 05/17/23 | | 04/01/22 | $ 908.26 | $ - | $542.65 | $365.86 | | $ (908.51) | $ 2,319.60 |
| 05/17/23 | | 05/01/22 | $ 908.26 | $ - | $542.65 | $365.61 | | $ (908.26) | $ 1,411.34 |
| 08/23/23 | | 06/01/22 | $ 908.26 | $ - | $542.65 | $365.61 | | $ (908.26) | $ 503.08 |
| 09/06/23 | | 07/01/22 | $ 908.26 | $ - | $542.65 | $365.61 | | $ (908.26) | $ (405.18) |
| 09/06/23 | | 08/01/22 | $ 908.26 | $ - | $542.65 | $365.61 | | $ (908.26) | $ (1,313.44) |
| 09/06/23 | | 09/01/22 | $ 908.26 | $ - | $542.65 | $365.61 | | $ (908.26) | $ (2,221.70) |
| 09/06/23 | | 10/01/22 | $ 908.26 | $ - | $542.65 | $365.61 | | $ (908.26) | $ (3,129.96) |
| 09/06/23 | | | | $ - | $542.65 | $365.61 | | $ (908.26) | $ (4,038.22) |
| 09/06/23 | | | | $ - | $542.65 | $365.61 | | $ (908.26) | $ (4,946.48) |
| 09/06/23 | | | | $ - | $542.65 | $365.61 | | $ (908.26) | $ (5,854.74) |
| | | | | $ - | | | $23.47 | $ (23.47) | $ (5,878.21) |
| | | | | $ - | | | $827.79 | $ (827.79) | $ (6,706.00) |
| | | | | $ - | | | $ (6,706.00) | $ 6,706.00 | $ - |
| | | | | $ - | | | | $ - | $ - |
| | | | | $ - | | | | $ - | $ - |
| | | | | $ - | | | | $ - | $ - |
| | | | | $ - | | | | $ - | $ - |
| | | | | $ - | | | | $ - | $ - |
| | | | | $ - | | | | $ - | $ - |
| | | | | $ - | | | | $ - | $ - |
| | | | | $ - | | | | $ - | $ - |

**Fill in this information to identify the case:**

Debtor 1: CATHERINE M. BUONFIGLIO

Debtor 2: 
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN     District of PA
(State)

Case Number: 18-17392 MDC

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges     12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** LAKEVIEW LOAN SERVICING, LLC     **Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 4961

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No.
☐ Yes. Date of last notice: 

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late Charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | 01/15/2019 (Preparation of POC 410A)<br>01/16/2019 (POC Filing) | (5) $250.00<br>$300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify:_____ | | (10) $ |
| 11. Other. Specify:_____ | | (11) $ |
| 12. Other. Specify:_____ | | (12) $ |
| 13. Other. Specify:_____ | | (13) $ |
| 14. Other. Specify:_____ | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Thomas Song, Esquire                     Date    January 22, 2019
   Signature

Print:     Thomas Song, Esq., Id. No.89834       Title
           First Name    Middle Name    Last Name

Company    Phelan Hallinan Diamond & Jones, LLP

Address    1617 JFK Boulevard, Suite 1400

           Philadelphia, PA 19103

Contact Phone    215-563-7000                    Email    Thomas.Song@phelanhallinan.com

| | |
|---|---|
| Debtor 1    CATHERINE M. BUONFIGLIO | Case Number (if known)   18-17392 MDC |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                               :
**CATHERINE M. BUONFIGLIO**      :        **BK. No. 18-17392 MDC**
          **Debtor**                 :
                              :        **Chapter No. 13**
**LAKEVIEW LOAN SERVICING, LLC**  :
         **Movant**               :        **Document No.**
         v.                         :
**CATHERINE M. BUONFIGLIO**      :
         **Respondent**       :
                              :

**CERTIFICATE OF SERVICE OF NOTICE OF POST-PETITION FEES,**
**EXPENSES AND CHARGES**

      I certify under penalty of perjury that I served or caused to be served the above captioned Notice of Post-Petition Fees, Expenses and Charges on the parties at the addresses shown below or on the attached list on <u>January 28, 2019</u>.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail.</u>

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| WILLIAM C. MILLER, ESQUIRE (TRUSTEE)<br>P.O. BOX 1229<br>PHILADELPHIA, PA 19105 | CATHERINE M. BUONFIGLIO<br>2522 S. ROSEWOOD STREET<br>PHILADELPHIA, PA 19145 |
| MICHAEL A. LATZES, ESQUIRE<br>LAW OFFICES OF MICHAEL A. LATZES<br>1528 WALNUT STREET, SUITE 700<br>PHILADELPHIA, PA 19102 | |
| UNITED STATES TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>833 CHESTNUT STREET<br>SUITE 500<br>PHILADELPHIA, PA 19107 | |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

                                          <u>/s/ Thomas Song, Esquire</u>
                                          Thomas Song, Esq., Id. No.89834
                                          Phelan Hallinan Diamond & Jones, LLP
                                          1617 JFK Boulevard, Suite 1400
                                          One Penn Center Plaza
                                          Philadelphia, PA 19103
                                          Phone Number: 215-563-7000 Ext 31387
                                          Fax Number: 215-568-7616
                                          Email: Thomas.Song@phelanhallinan.com

January 28, 2019

| Debtor 1 | Catherine M. Buonfiglio | | | Case number: 18-17392-mdc |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

The person completing this notice must sign it.  The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**X**   /s/ Heather Riloff                         Date: 12/11/2023
        Signature

**Print:** Heather Riloff 309906

Title: Attorney for and on behalf of Nationstar Mortgage LLC (as servicer for creditor)

Company: LOGS Legal Group LLP

Address: 985 Old Eagle School Road, Suite 514
Wayne, PA 19087

Contact phone: (610) 278-6800

Email: logsecf@logs.com

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:  12/11/2023

Michael A. Latzes, Esquire
Law Offices of Michael A. Latzes, P.C
1528 Walnut Street
Suite 710
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Catherine M. Buonfiglio
2522 S. Rosewood Street
Philadelphia, PA 19145

/s/ Heather Riloff

Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com